SUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CATHERINE PIERCE,

                          Plaintiff,

                                                                   ORDER
    v.                                                                 09-CV-526A

P & A ADMINISTRATIVE SERVICES, INC.,

                          Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 24, 2010, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for summary judgment be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio 's Report and Recommendation, defendant's motion for summary judgment is denied.

        The case is referred to Magistrate Judge Foschio for further proceedings.

    SO ORDERED.

                                      *s/ Richard J. Arcara*
                                  HONORABLE RICHARD J. ARCARA
                                  UNITED STATES DISTRICT JUDGE

DATED: September 10, 2010